# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 1, 2025

Lyle W. Cayce
Clerk

No. 24-30628

_____

Chandre' Chaney,

*Plaintiff—Appellant*,

*versus*

Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, through Louisiana State University Health Sciences Center,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-16

_____

Before Smith, Graves, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Chandre' Chaney filed this action in the district court of the Middle District of Louisiana against the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College through Louisiana State University Health Sciences Center ("Appellee"). She asserted claims of race discrimination based on her termination, a hostile work environment, and

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30628

retaliation in violation of Title VII of the Civil Rights Act and 42 U.S.C. § 1981. Appellee moved for summary judgment on all claims, which the district court granted. Chaney only appeals the district court's grant of summary judgment as to her discriminatory termination and retaliation claims.

We have considered this appeal on the basis of the briefs, record, and the applicable law in this matter. Essentially for the reasons given by the district court, the judgment is AFFIRMED.